FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Spiers

(Last Name)        (Identification Number)

Brandon                    J.

(First Name)              (Middle Name)

Forrest County Adult Detention Center

(Institution)

55 Arena DR Hattiesburg MS 39401

(Address)

(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JAN 24 2022

ARTHUR JOHNSTON
BY _____ DEPUTY

V.        CIVIL ACTION NUMBER: 2:22-cv-10-KS-MTP

(to be completed by the Court)

Mike Childress

Unknown Officer #1

Unknown Officer #2

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( )     No (X)

B.   Are you presently incarcerated?
Yes (X)     No ( )

C.   At the time of the incident complained of in this complaint, were you incarcerated because
you had been convicted of a crime?
Yes ( )     No (X)

D.   Are you presently incarcerated for a parole or probation violation?
Yes ( )     No (X)

E.   At the time of the incident complained of in this complaint, were you an inmate of the
Mississippi Department of Corrections (MDOC)?
Yes ( )     No (X)

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (X)     No ( )

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Brandon Spiers          Prisoner Number: _____

   Address: 55 Arena DR. Hattiesburg, Ms 39401

   _____

   _____

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant Mike Childress          is employed as Forrest General Police

   _____ at _____

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Brandon Spiers     ADDRESS: 55 Arena DR. Hattiesburg, Ms 39401

_____     _____

DEFENDANT(S):

NAME: Mike Childress     ADDRESS:

_____     _____

_____     _____

_____     _____

Page 2 of 4

**OTHER LAWSUITS FILED BY PLAINTIFF**

| |
|---|
| **NOTICE AND WARNING** |
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A.    Have you ever filed any lawsuits in a court of the United States?    Yes (    )  No (X)

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

    1.    Parties to the action: _____

_____

    2.    Court (if federal court, name the district; if state court, name the county): _____

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned: _____

    5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

_____

CASE NUMBER 2.

    1.    Parties to the action: _____

_____

    2.    Court (if federal court, name the district; if state court, name the county): _____

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned: _____

    5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

_____

**STATEMENT OF CLAIM**

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

ON September 4th 2019 I decided not to see the doctor at Forrest General Hospital so I was going to leave. Mike Childress along with several other security guards told me I could not leave. I left anyway and once I got outside I was assaulted Slammed on the ground and strapped to the bed. once the doctor came in and asked what was going on I stated that I wanted to leave, He told me to go and unstrapped me

**RELIEF**

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

(1) Medical bills and expences paid (2) Montitary Compensation

Signed this 14 day of December , 20 21 .

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Brandon Spiers
Signature of plaintiff

Page 4 of 4

Continued Page 4 of 4

I then had to go to Wesley Medical Center due to injuries to the head and cracked ribs from the Forrest General Police. X Rays was taken and I did inform the doctor how this had taken place. I was given pain medication and a Machine to blow in to build my lung capacity back to normal.

Signature X Brandon Spiers

Print Name X Brandon Spiers