IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRANDON SPIERS, # R3165            PLAINTIFF

v.            CIVIL ACTION NO.: 2:22-cv-10-MTP

MIKE CHILDRESS; UKNOWN OFFICER
#1; and UNKNOWN OFFICER #2            DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on Defendant Mike Childress's Motion for Summary Judgment [39] and a decision having been duly rendered by separate Opinion and Order,

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's claims against Defendant Mike Childress are DISMISSED with prejudice;

2. Plaintiff's claims against Defendants Unknown Officer #1 and Unknown Officer #2 are DISMISSED without prejudice; and

3. As the Opinion and Order disposes of all remaining claims, this case is closed.

This, the 1st day of December, 2023.

_____
Michael T. Parker
United States Magistrate Judge